# EXHIBIT 3

| **U.S. Patent No. 10,836,551** | **D6 Packaging (Exemplar 16 oz. mango specimen) ("D6 Package")** |
|---|---|
| **Claim 1:** A resealable packaging device, comprising: | The D6 Package is a resealable packaging device as described in Claim 1 of the '551 Patent.    |
| (a) a flexible base film, | The D6 Package includes a flexible base film as described in Claim 1 of the '551 Patent.   |

| | |
|---|---|
| (b) designed for operational connection with a container, | The flexible base film is designed for operational connection with a container as described in Claim 1 of the '551 Patent.     |

| | |
|---|---|
| (c) providing a resealable connection with at least a portion of the container to provide an opening when peeled away from the container, | The operational connection between the flexible base film and the container provides a resealable connection with at least a portion of the container to provide an opening when peeled away from the container as described in Claim 1 of the '551 Patent.<br><br><br><br> |

| | |
|---|---|
| (d) one or more atmospheric control attributes in the flexible film, configured as | The flexible base film of the D6 Package includes one or more atmospheric control attributes as described in Claim 1 of the '551 Patent and explained in rows (e)-(g). |
| (e) at least one perforation, | The flexible base film of the D6 Package has atmospheric control attributes including perforations as described in Claim 1 of the '551 Patent.   |
| (f) wherein the one or more atmospheric control attributes provides the flexible base films a total open area of $1.5x10^{-11}$ $m^2$ to $1.5x10^{-4}$ $m^2$ | The flexible base film of the D6 Package has atmospheric control attributes including a total open area $4.3\times10^{-9}$ to $1.7\times10^{-7}$ $m^2$ which is within the $1.5x10^{-11}$ $m^2$ to $1.5x10^{-4}$ $m^2$ total open area range as described by Claim 1 of the '551 Patent. |
| (g) and having a length dimension that penetrates through the flexible base film; | The flexible base film of the D6 Package includes atmospheric control attributes having perforations that penetrate through the flexible base film as described by Claim 1 of the '551 Patent. |
| (h) a container configured with a base section connected to one or more side wall sections forming a storage structure having an open top edge for operationally connecting with the flexible base film, | The container of the D6 Package is configured with a base section connected to one or more side walls forming a storage structure and has an open top edge for operationally connecting with the flexible base film as described by the '551 Patent.   |

| | |
|---|---|
| (i) wherein the flexible base film in operational connection with the top edge forms an inner surface defining an enclosure | The flexible base film of the D6 Package in operational connection with the top edge forms an inner surface defining an enclosure as described by the '551 Patent.<br><br> |
| (j) within which an interior atmosphere can be provided and food product can be stored and an outer surface in contact with an exterior environment; and | The formed enclosure of the D6 Package is provided with an interior atmosphere and can store food product and an outer surface of the enclosure is in contact with an exterior environment as described by the '551 Patent.<br><br> |
| (k) wherein the atmospheric control attributes provides the enclosure, when flexible base film is peeled and resealed to the container, an oxygen | The atmospheric control attributes of the D6 Package provides the enclosure, when flexible base film is peeled and resealed to the container, an oxygen ($O^2$) transmission rate between the interior atmosphere and exterior environment ranging from 467.5 to 2550.4 cc/100 $in^2$/day which allows respiration of the food product packaged |

| | |
|---|---|
| transmission rate between the interior atmosphere and exterior environment of at least 50 cc/100-sq inch/day which allows respiration of the food product packaged within the enclosure and | within the enclosure and is at least 50 cc/100 $in^2$/day as described by the '551 Patent. |
| (l) maintenance of the interior atmosphere with an $O^2$ content of ≥0.5% and | The atmospheric control attributes of the D6 Package maintains an initial interior atmosphere $O^2$ content of 4.71% to 19.41% , an interior atmosphere $O^2$ content of 20.2% to 20.7% after peeling and resealing, and an interior atmosphere $O^2$ content of 8.92% to 19.68% after 24 hours of refrigeration. Therefore, the atmospheric control attributes of the D6 Package maintains an interior atmosphere $O^2$ content of ≥0.5% as described by the '551 Patent. |
| (m) relative humidity of ≥60% during at least a portion of the food product life-cycle within the enclosure. | The atmospheric control attributes of the D6 Package provide the enclosure, when closed, maintenance of the interior atmosphere of relative humidity level of 99% after peeling, resealing, and 24 hours storage in refrigerator which is greater than a relative humidity of ≥60% during at least a portion of the food product life-cycle within the enclosure as described by the '551 Patent. |