# EXHIBIT 4

| **U.S. Patent No. 12,486,093** | **D6 Packaging (Exemplar 16 oz. mango specimen) ("D6 Package")** |
| --- | --- |
| **Claim 1:** A resealable packaging device, comprising: | The D6 Package is a resealable packaging device as described in Claim 1 of the '093 Patent.    |
| (a) a flexible base film, | The D6 Package includes a flexible base film as described in Claim 1 of the '093 Patent.   |

| | |
|---|---|
| (b) designed for operational connection with a container, | The flexible base film is designed for operational connection with a container as described in Claim 1 of the ‘093 Patent.     |

| | |
|---|---|
| (c) providing a resealable connection with at least a portion of the container to provide an opening when peeled away from the container, | The operational connection between the flexible base film and the container provides a resealable connection with at least a portion of the container to provide an opening when peeled away from the container as described in Claim 1 of the ‘093 Patent. |






| | |
|---|---|
| (d) the flexible base film includes one or more atmospheric control attributes, configured as | The flexible base film of the D6 Package includes one or more atmospheric control attributes as described in Claim 1 of the ‘093 Patent and explained in rows (e)-(i). |
| (e) at least one microperforation, ranging in number from one (1) to one thousand (1000), | The flexible base film of the D6 Package has atmospheric control attributes including 3 – 26 microperforations which is within the one (1) to one thousand (1000) microperforation range as described in Claim 1 of the ‘093 Patent.   |
| (f) having a diameter ranging from one micron (1 µm) to sixty microns (60 µm) and a length that penetrates through the flexible base film, | The flexible base film of the D6 Package has atmospheric control attributes including microperforations with diameters ranging from 6.08 to 141.30 µm which is within the one micron (1 µm) to sixty microns (60 µm) range and a length that penetrates through the flexible base film as described by Claim 1 of the ‘093 Patent. |
| (g) wherein the atmospheric control attribute or attributes providing the flexible base film: a total open area ranging from $7.85\times10^{-13}$ $m^2$ to $2.83\times10^{-6}$ $m^2$; | The flexible base film of the D6 Package has atmospheric control attributes including a total open area $4.3\times10^{-9}$ to $1.7\times10^{-7}$ $m^2$ which is within the $7.85\times10^{-13}$ $m^2$ to $2.83\times10^{-6}$ $m^2$ total open area range as described by Claim 1 of the ‘093 Patent. |
| (h) a total gas transmission rate comprising at least one of:<br>1) oxygen ($O^2$) transmission rate in units of cubic centimeters per 100 square inches per day, 100,000 or lower;<br>2) carbon dioxide ($CO^2$) transmission rate in units of cubic centimeters per 100 square inches per day is, 200,000 or lower; | Oxygen Transmission Rate:<br>1) The flexible base film of the D6 Package has atmospheric control attributes including an oxygen ($O^2$) transmission rate ranging from 467.5 to 2550.4 cc/100 $in^2$/day which is lower than the 100,000cc/100 $in^2$/day as described by the ‘093 Patent.<br>Carbon Dioxide Transmission Rate:<br>2) The flexible base film of the D6 Package has atmospheric control attributes including a carbon dioxide ($CO^{2)}$ transmission rate ranging from 359.6 to 2314.3 cc/100 $in^2$/day which is lower than the 200,000 cc/100 $in^2$/day as described by the ‘093 Patent. |

| | |
|---|---|
| (i) a total visible seepage rate of equal to or less than 1 mL per day; | The flexible base film of the D6 Package has atmospheric control attributes including having no seepage/leak when the containers were stacked facing up and a total visible seepage rate ranging from 0 to 0.92 mL/day when the containers were inverted which is less than 1 mL per day as described by the '093 Patent. |
| (j) the container configured with a base section connected to one or more side wall sections forming a storage structure having an open top edge for connecting with the flexible base film, | The container of the D6 Package is configured with a base section connected to one or more side walls forming a storage structure and has an open top edge for connecting with the flexible film as described by the '093 Patent.   |
| (k) wherein the flexible base film in connection with the top edge forms an inner surface defining an enclosure | The flexible base film of the D6 Package in connection with the top edge forms an inner surface defining an enclosure as described by the '093 Patent.   |

| | |
|---|---|
| (l) within which the interior atmosphere can be provided and food product can be stored and an outer surface in contact with an exterior environment; and | The formed enclosure of the D6 Package is provided with an interior atmosphere and can store food product and an outer surface of the enclosure is in contact with an exterior environment as described by the '093 Patent.<br><br> |
| (m) wherein the one or more atmospheric control attributes provides the enclosure, when closed, (a) an oxygen transmission rate between the interior atmosphere and exterior environment of at least 1 cc/100-sq inch/day which allows respiration of the food product packaged within the enclosure and | The atmospheric control attributes of the D6 Package provide the enclosure, when closed, an oxygen ($O^2$) transmission rate between the interior atmosphere and exterior environment ranging from 467.5 to 2550.4 cc/100 $in^2$/day which allows respiration of the food product packaged within the enclosure of at least 1 cc/100 $in^2$/day as described by the '093 Patent. |
| (n) maintenance of the interior atmosphere with a relative humidity of ≥60% during at least a portion of the food product life-cycle within the enclosure. | The atmospheric control attributes of the D6 Package provide the enclosure, when closed, maintenance of the interior atmosphere of relative humidity level of 99% after peeling, resealing, and 24 hours storage in refrigerator which is greater than a relative humidity of ≥60% during at least a portion of the food product life-cycle within the enclosure as described by the '093 Patent. |